NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN

| | |
|---|---|
| GENEVA M. SPICER, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>INDYMAC BANK, F.S.B.; INDYMAC BANCORP, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-07-03456 AHS (FMOx)<br><br>**ORDER SUBMITTING AND GRANTING DEFENDANT'S MOTION TO SUBSTITUTE FDIC AS RECEIVER FOR INDYMAC AND TO STAY PROCEEDINGS FOR 90 DAYS**<br><br>_____<br><br>Judge: Hon. Alicemarie H. Stotler |

The motion of the Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Indymac Bank, F.S.B. ("Indymac"), to substitute FDIC, as Receiver for Indymac, as the real party in interest and to stay proceedings for 90 days was noticed for hearing before this Court, on August 25, 2008. The Court finds this matter appropriate for submission on the papers without oral argument. See Local Rule 7-15 (the Court may dispense with oral argument on any matter unless otherwise required); Fed. R. Civ. P. 78. These matters are, therefore, removed from the Court's August 25, 2008 calendar.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

ORDER

1  IT IS HEREBY ORDERED THAT the FDIC's motion to substitute and stay
2  proceedings is GRANTED, and that the FDIC, as Receiver for Indymac, is hereby
3  substituted for Indymac as the real party in interest.  It is further ordered that
4  proceedings in this action shall be stayed for 90 days from the date of entry of this
5  Order.

                                                  ALICEMARIE H. STOTLER

DATED: August 19, 2008        CHIEF U.S. DISTRICT COURT JUDGE

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

2
[PROPOSED] ORDER