UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.: CV 07-3456-AHS(FMOx)                                Date: May 28, 2009

Case Title: GENEVA M. SPICER, etc. v. INDYMAC BANK FSB, et al.

================================================================
PRESENT:   THE HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

           Ellen Matheson                  None
           Deputy Clerk                    Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):   ATTORNEY(S) PRESENT FOR DEFENDANT(S):
None Present                            None Present


PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION
               RETURNABLE: JUNE 22, 2009

     On November 7, 2008, defendant Federal Deposit Insurance Corporation, as Receiver for Indymac Bank, F.S.B.'s motion to stay proceedings until April 13, 2009, was granted (docket #52).  No further filings being made by any party, the Court issues its order to show cause why this action should not be dismissed for lack of prosecution pursuant to F.R.Civ.P. Rule 41.  No oral argument of this matter will be heard unless ordered by the Court.  The order to show cause will stand submitted upon the filing of an appropriate response.

     Counsel is advised that the Court will consider the filing of a Joint Status Report by all parties including the Real Party in Interest, no later than June 22, 2009, as a satisfactory response to the order to show cause.  Failing a proper response, the Court will order this matter administratively closed for lack of prosecution.

     The Clerk shall serve this Minute Order on all parties in this action.


                                                   : 
                              Initials of Deputy Clerk:   enm